IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD DUNAHUE,**                                                                        **PLAINTIFF**
ADC # 106911

**VS.**                        **4:24-CV-00227-BRW-JTK**

**MOSES JACKSON, et al.**                                                 **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After considering Mr. Dunahue's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, this case is DISMISSED without prejudice for failure to state a claim on which relief may be granted.

In the future, this dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of June, 2024.

                                                      <u>Billy Roy Wilson</u>
                                                      UNITED STATES DISTRICT JUDGE